Brent Cole
Law Office of Brent R. Cole, P.C.
821 N. Street, Suite 208
Anchorage, AK  99501
Telephone: 907-277-8001
Facsimile:  907-277-8002
brent@akcolelaw.com

*Attorney for Proposed Intervenor-Defendant*
*Safari Club International*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA WILDLIFE ALLIANCE *et al.*, | |
| Plaintiffs, | Case No. 3:20-cv-00209-SLG |
| v. | **MOTION TO INTERVENE BY SAFARI CLUB INTERNATIONAL** |
| DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior, *et al.*, | |
| Federal Defendants, | |
| and | |
| SAFARI CLUB INTERNATIONAL, | |
| Proposed Intervenor-Defendant. | |

## MOTION TO INTERVENE BY SAFARI CLUB INTERNATIONAL

Safari Club International ("SCI") respectfully moves to intervene as of right under Rule 24(a) of the Federal Rules of Civil Procedure and, alternatively, with permission under Rule 24(b).  SCI seeks to defend its interests and the interests of its members in hunting on National Preserves in Alaska.  Because SCI and its members have significant

protectable interests in the subject of this action; because those interests would be impaired if Plaintiffs prevail; and because the other requirements of Rule 24(a) are met, SCI should be granted intervention as of right.

Alternatively, SCI requests permission to intervene under Rule 24(b). SCI's defense of the National Park Service action at issue shares common questions of law and fact with Plaintiffs' challenge, and no prejudice will result from the Court's authorization of SCI's intervention. If the Court denies the motion under Federal Rules 24(a) and (b), SCI respectfully requests leave to participate as amicus curiae.

Counsel for SCI has conferred with counsel for Plaintiffs and Federal Defendants regarding this motion. Plaintiffs do not oppose SCI's motion. Federal Defendants take no position on SCI's motion.

With this motion SCI is lodging a [Proposed] Answer to comply with Rule 24(c). However, SCI expressly reserves the right to challenge Plaintiffs' standing and the Court's jurisdiction over this suit by motion, even after the Court accepts SCI's [Proposed] Answer for filing.

November 17, 2020

Respectfully submitted,

/s/ Brent Cole
Brent Cole (AK Bar No. 8606074)
Law Office of Brent R. Cole, P.C.
821 N. Street, Suite 208
Anchorage, AK 99501
Telephone: 907-277-8001
Facsimile: 907-277-8002
brent@akcolelaw.com

Regina Lennox (*pro hac vice application submitted with this motion)
Jeremy Clare (*pro hac vice application to be filed)
Safari Club International
501 Second Street, NE
Washington, DC 20002
Telephone: 202-543-8733
Facsimile: 202-543-1205
rlennox@safariclub.org
jclare@safariclub.org

*Attorneys for Intervenor-Defendant Safari Club International*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

/s/ Brent Cole
Brent Cole

*Alaska Wildlife Alliance v. Bernhardt*
No. 3:20-cv-00209-SLG  3
Case 3:20-cv-00209-SLG   Document 11   Filed 11/17/20   Page 3 of 3