JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MICHAEL S. SAWYER, Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-514-5273 || 202-305-0506 (fax)
Michael.Sawyer@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA WILDLIFE ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, Secretary of the Interior, *et al.*, <br><br> Defendants, <br><br> and <br><br> SAFARI CLUB INTERNATIONAL, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00209-SLG |

## UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE

Defendants Debra Haaland et al. move to extend the deadline for filing their answer to the Amended Complaint (Docket 28) by sixty days. At present, their answer is due on August 2, 2021. Docket 31. Counsel for Plaintiffs and Intervenor-Defendants have indicated that their clients do not oppose this request.

There is good cause for the requested extension because Defendants recently announced that they are considering amending the rule being challenged in this case—Alaska; Hunting and Trapping in National Preserves, 85 Fed. Reg. 35,181 (June 9, 2020). Since the Court extended the answer deadline to August 2, 2021, the National Park Service has announced that it is considering "amend[ing] its regulations for sport hunting and trapping in national preserves in Alaska."[1] The extension is necessary in order to allow further time for the agency to undertake that evaluation.

Accordingly, Defendants request that the Court extend their deadline to file an answer to the Amended Complaint by sixty days to October 1, 2021.

Respectfully submitted this 29th day of July, 2021.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER (D.C. BAR NO. 1009040)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-514-5273 || 202-305-0506 (fax)
Michael.Sawyer@usdoj.gov

*Attorneys for Defendants*

---

[1] Unified Agenda of Regulatory and Deregulatory Actions (June 2021), available in relevant part at:
https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202104&RIN=1024-AE70.

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2021, a copy of the foregoing notice was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Michael S. Sawyer*
Michael S. Sawyer