TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MICHAEL S. SAWYER, Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-514-5273 || 202-305-0506 (fax)
Michael.Sawyer@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA WILDLIFE ALLIANCE, *et al.*, | ) |
|     Plaintiffs, | ) Case No. 3:20-cv-00209-SLG |
| v. | ) |
| SCOTT DE LA VEGA, Acting Secretary of the Interior, *et al.*, | ) |
|     Federal Defendants, | ) |
| & | ) |
| SAFARI CLUB INTERNATIONAL, | ) |
|     Intervenor-Defendant, | ) |
| & | ) |
| ALASKA PROFESSIONAL HUNTERS ASSOCIATION, *et al.*, | ) |
|     Intervenor-Defendants. | ) |

**FEDERAL DEFENDANTS' NOTICE OF FILING OF**
**SUPPLEMENTAL ADMINISTRATIVE RECORD ON ELECTRONIC MEDIA**

Federal Defendants Debra Haaland et al. by and through undersigned counsel are

conventionally filing a Supplemental Administrative Record on electronic media pursuant to Local Civil Rules 7.1 (General Motion Practice) and 16.3(b) (Administrative Agency Appeals), consisting of fourteen additional documents that were before the agency during the challenged rulemaking.

An index of the Supplemental Administrative Record is filed herewith as Exhibit 1. Eight of the fourteen documents are being filed electronically with the court as PDFs. The remaining six documents are native files being conventionally filed on electronic media with the Clerk's Office. Copies of the Supplemental Administrative Record are being served on Plaintiffs' and Intervenor-Defendants' counsel by electronic delivery. Respectfully submitted this 20th day of August, 2021.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER (D.C. BAR NO. 1009040)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-514-5273 ‖ 202-305-0506 (fax)
Michael.Sawyer@usdoj.gov

*Attorneys for Defendants*

*Alaska Wildlife Alliance v. Bernhardt et al.*,
Case No. 3:20-cv-00209-SLG
2
Case 3:20-cv-00209-SLG   Document 38   Filed 08/20/21   Page 2 of 3

# CERTIFICATE OF SERVICE

      I hereby certify that on August 20, 2021, a copy of the foregoing notice was served by electronic means on all counsel of record by the Court's CM/ECF system. The Supplemental Administrative Record was served on counsel of record for each party by electronic delivery.

                                                 */s/ Michael S. Sawyer*
                                                  Michael S. Sawyer