# EXHIBIT 1

| Production Begin | Production End | Category | Document Type (Coded) | Log_Date | Log_From | Log_To | Document Description | Native Link |
|---|---|---|---|---|---|---|---|---|
| 2020_NPS0333645 | 2020_NPS0333669 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 7/30/2018 | State of Alaska, Department of Fish and Game | NPS | State harvest and baiting data by UCU for bears and wolves 2012-2016. File name: 7-30-2018 Harvest of Bear and Wolf by UCU to NPS 2012-2016(1).pdf | |
| 2020_NPS0333670 | 2020_NPS0333688 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 7/30/2018 | State of Alaska, Department of Fish and Game | NPS | State harvest and baiting data by UCU for bears and wolves 2012-2016. File name: 7-30-2018 Harvest of Bear and Wolf by UCU to NPS 2012-2016.pdf | |
| 2020_NPS0333689 | 2020_NPS0333689 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 7/30/2018 | State of Alaska, Department of Fish and Game | NPS | State wolf harvest data by month/year and UCU. File name: 7-30-2018 Harvest of Wolves per month by UCU for NPS.pdf | |
| 2020_NPS0333690 | 2020_NPS0333690 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 7/31/2018 | State of Alaska, Department of Fish and Game | NPS | State wolf harvest data by month/year and UCU. File name: 7-30-2018 Wolf Harvest August for NPS 2012-2016(1).pdf | |
| 2020_NPS0333691 | 2020_NPS0333691 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 7/31/2018 | State of Alaska, Department of Fish and Game | NPS | State wolf harvest data by month/year and UCU. File name: 7-30-2018 Wolf Harvest August for NPS 2012-2016.pdf | |
| 2020_NPS0333692 | 2020_NPS0333695 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 7/23/2018 | State of Alaska, Department of Fish and Game | NPS | Data from State of Alaska_UCU_Preserve_Union (7-23-2018).pdf | |
| 2020_NPS0333696 | 2020_NPS0333835 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 5/24/2018 | State of Alaska, Department of Fish and Game | NPS | State harvest data on multiple species by GMU 2012-2016. File name: LOG WC18004 Copy req 20180518 (1).pdf | |
| 2020_NPS0333836 | 2020_NPS0333884 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 5/24/2018 | State of Alaska, Department of Fish and Game | NPS | State harvest data for black bears by GMU 2012-2016. File name: LOG WC18004 Copy request 20180518 (3).pdf | |
| 2020_NPS0333885 | 2020_NPS0333885 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 7/25/2018 | State of Alaska, Department of Fish and Game | NPS | Preserve_UCUs.shp | |
| 2020_NPS0333886 | 2020_NPS0333886 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 7/25/2018 | State of Alaska, Department of Fish and Game | NPS | Preserve_UCUs.shp.xml | |
| 2020_NPS0333887 | 2020_NPS0333887 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 7/25/2018 | State of Alaska, Department of Fish and Game | NPS | Preserve_UCUs.shx | |
| 2020_NPS0333888 | 2020_NPS0333888 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 7/25/2018 | State of Alaska, Department of Fish and Game | NPS | Preserve_UCUs.cpg | |
| 2020_NPS0333889 | 2020_NPS0333889 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 7/25/2018 | State of Alaska, Department of Fish and Game | NPS | Preserve_UCUs.dbf | |
| 2020_NPS0333890 | 2020_NPS0333890 | Final/Public Documents - 2020 Rule;Documents & Emails; | Document; | 7/25/2018 | State of Alaska, Department of Fish and Game | NPS | Preserve_UCUs.prj | |