# EXHIBIT A



**United States Department of the Interior**
OFFICE OF THE SECRETARY
Washington, DC 20240

Memorandum

To: Director, National Park Service

From: Assistant Secretary for Fish and Wildlife and Parks  Date: 2022.02.17 13:48:24 -05'00'

Subject: NPS Hunting and Trapping Regulations in Alaska

I have been fully briefed on the final rule published by the National Park Service (NPS) in 2020, which reversed regulations previously adopted in 2015 to prohibit certain state-authorized hunting practices in National Preserves in Alaska. 85 Fed. Reg. 35181 (June 9, 2020); 80 Fed. Reg. 64325 (Oct. 23, 2015). Both rules have been the subject of litigation. The 2020 rule mooted the 2015 rule litigation, and the 2020 rule is currently in summary judgment briefing in federal district court in the District of Alaska. After careful review, I am now directing the NPS to initiate a rulemaking process to reconsider the 2020 rule.

I ask that you focus your reconsideration on the appropriate exercise of the federal government's authority to regulate hunting and trapping on national preserves in Alaska in light of NPS management policies requiring management for natural processes and NPS responsibilities under the Alaska National Interest Lands Conservation Act (ANILCA), as well as public safety concerns associated with bear baiting. I hereby direct the NPS to reassess the factual, legal, and policy conclusions that underlie the 2020 rule and to transmit, by June 1, 2022, a proposed rule to the Office of Management and Budget for publication.

I further direct that you consult with Alaska Native Tribes and Alaska Native Corporations to ensure that the rulemaking is informed by meaningful government-to-government consultation pursuant to Executive Order 13175, Secretary's Order 3403, and the current policy on Tribal Consultation in the Departmental Manual (512 DM 4 and 5). The NPS will also consider Tribal expertise and/or Indigenous knowledge as part your decision-making regarding this rulemaking.

The NPS should work with the Solicitor's Office, particularly the Division of Parks and Wildlife and the Alaska Regional Office, the Senior Advisor for Alaska Affairs and Strategic Priorities, and the Assistant Secretary for Indian Affairs to ensure that the final outcome of the rulemaking is well-informed, complies with applicable laws, and gives meaningful consideration to Tribal consultations, Indigenous knowledge and public input.